**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6605**

_____

MARCUS ANTONIO SATTERFIELD,

       Plaintiff - Appellant,

    v.

CAPTAIN RODNEY CHANDLER, Captain of Jail, sued in individual and official capacity; COUNTY COMMISSIONER,

       Defendants - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:25-cv-00384-WO-JLW)

_____

Submitted:  February 19, 2026          Decided:  February 24, 2026

_____

Before WYNN and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marcus Antonio Satterfield, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Satterfield appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Satterfield's 42 U.S.C. § 1983 complaint as frivolous and for failing to state a claim pursuant to 28 U.S.C. § 1915A(b). We have reviewed the record and find no reversible error in the district court's determination that Satterfield's claims are both barred by principles of res judicata and fail to state a claim upon which relief may be granted. Accordingly, we affirm the district court's order. *Satterfield v. Chandler*, No. 1:25-cv-00384-WO-JLW (M.D.N.C. July 14, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*